IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN M. CASEY,

    Plaintiff,

v.                                                          5:14cv190-WS/GRJ

MICHAEL D. CREWS, et al.,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed August 19, 2014.  See Doc. 4.  The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g).  The plaintiff has filed objections (doc. 6) to the magistrate judge's report and recommendation.

    Having reviewed the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3.  The plaintiff's motion (doc. 2) for leave to proceed in forma pauperis is DENIED.

4.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

5.  The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this   25th   day of   September  , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE